FILED IN CHAMBERS
U.S.D.C. - Atlanta

JUL 14 2015

James N. Hatten, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ADRIAN CAMPBELL, | : |
| Movant | : CRIMINAL ACTION FILE NO. |
| | : 1:08-CR-371-3-ODE-AJB |
| v. | : |
| | : CIVIL ACTION FILE NO. |
| UNITED STATES OF AMERICA, | : 1:15-CV-1689-ODE-AJB |
| Respondent | : |

ORDER

This criminal case is before the Court on the Final Report and Recommendation of United States Magistrate Judge Alan J. Baverman filed May 19, 2015 ("R&R") [Doc. 429]. No objections have been filed.[1]

In the R&R, the Magistrate Judge recommends that Movant's § 2255 motion be dismissed as untimely. The Magistrate Judge also recommends that a certificate of appealability ("COA") be denied and that Civil Action No. 1:15-CV-1689 be dismissed. Specifically, the Magistrate Judge found that Movant has not presented anything to suggest the applicability of the circumstances set forth in 28 U.S.C. § 2255(f)(2)-(4) justify equitable tolling or demonstrate actual innocence. In addition, a COA should be denied because it is not debatable that the § 2255 motion is untimely.

The Court having read and considered the R&R and noting the absence of any objections, it is hereby ADOPTED as the opinion and order of the Court. For the reasons set forth in the R&R, Movant's

---

[1] On June 8, 2015, Movant requested an extension of time to respond to the R&R [Doc. 432]. By Order filed on June 15, 2015 [Doc. 433], this Court granted Movant's request, giving him until July 1, 2015 to file his response. However, no response has been filed.

§ 2255 motion [Doc. 428] is DISMISSED as untimely, a COA is DENIED, and Civil Action No. 1:15-CV-1689 is DISMISSED.

SO ORDERED, this ⟶14⟵ day of July, 2015.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE